UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**HARRY PRATER**                                                               **CIVIL ACTION**

**VERSUS**                                                                       **NO. 19-576-JWD-EWD**

**DARREL VANNOY, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 5, 2022, (Doc. 22), to which an objection was filed and considered, (Doc. 23);

**IT IS ORDERED** that Petitioner Harry Prater's application for habeas corpus relief is **DENIED** and that this proceeding is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability be granted if Petitioner Harry Prater seeks to pursue an appeal in this case.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 11, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**